USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION                                No. 24-cr-371-SS

USAO#: 2022R01229

United States Courts
Southern District of Texas

SUPERSEDING INDICTMENT      Filed: **FILED** *December 18, 2025*    Judge: **Rosenthal**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA                (713) 567-9000
MICHAEL E. DAY, AUSA                    (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| Shelibra Jones (Cts.1, 9, 10, 14, 15, 16, 17, 18, 20) | Chip Lewis/ Erin Epley | ☐ | ☐ |
| Kimberly Perkins (Cts.1, 2) | Katryna Spearman | ☐ | ☐ |
| Magnolia Underwood (Cts.1, 3) | Ali Fazel | ☐ | ☐ |
| Nicholas Yoder (Ct.4) | Celeste Brown | ☐ | ☐ |
| Theane Foster (Cts.4, 5) | Brock White | ☐ | ☐ |
| Christal Lopez (Cts.4, 6) | Lindsay Lopez | ☐ | ☐ |
| Pamela Yoder (Cts.4, 7) | Monique Sparks | ☐ | ☐ |
| Deleon Borders (Cts.4, 8) | Andrew Williams | ☐ | ☐ |
| Curtis Holliday (Ct.9) | Robert Reed | ☐ | ☐ |
| Xavier Francis (Ct.9) | Edward Mallett | ☐ | ☐ |
| Tierra Celestine (Ct.9) | Joseph Vinas | ☐ | ☐ |
| Derrick Washington (Ct.11) | Thomas Martin | ☐ | ☐ |
| Dralanjala Rachell Johnson (Cts.11, 12) | Brett Podolsky / Maxim Ravinovich | ☐ | ☐ |
| Destynee Washington (Cts.11, 13) | Neal Davis III | ☐ | ☐ |
| Patrick Brown (Ct.17) | Gus Saper | ☐ | ☐ |
| Michael Ford, Jr. (Cts.17, 18, 19) | R Trent Gaither | ☐ | ☐ |
| Antoinette Green (Cts.21, 22) | Eugene Tausk | ☐ | ☐ |
| Amir Khan (Cts.23, 24) |  | ☐ | ☐ |
| Rashad Mi Derrick (Cts.23, 25) | Justin Dees | ☐ | ☐ |
| Roemello Burros (Ct.26) | Heather Hughes FPD | ☐ | ☐ |
| Sheba Muharib (Ct.27) | Leira Gracia | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

Cts. 1, 4, 9, 11, 14, 17, 21, 23, 26 & 27: Conspiracy to Commit Wire Fraud [18 U.S.C. §§ 1349 and 1343]
Cts. 2-3, 5-8, 10, 12-13, 15-16, 18-20, 22, 24 & 25: Wire Fraud  [18 U.S.C. §§ 1343 and 2(a)]
Ct. 27: Crimes by or Affecting Persons Engaged in the Business of Insurance [18 U.S.C. §§ 1033 (e)(1)(B) and 2]

Charges Total Counts (27)

**PENALTY:**
Cts. 1-26: Not more than 20 years imprisonment; a fine of up to $250,000; up to 3 years supervised release, and a $100 special assessment, per count.
Ct. 27: Not more than 5 years imprisonment; a fine of up to $250,000; up to 3 years supervised release and $100 special assessment.

NOTICE OF FORFEITURE:  [18 U.S.C. § 982 (a)(2)(A)]

☑ In Jail
    Nicholas Yoder
    Curtis Holliday
    Xavier Francis
    Romello Burros

☑ On Bond
    Shelibra Jones
    Kimberly Perkins
    Magnolia Underwood
    Theane Foster
    Christal Lopez
    Pamela Yoder
    Deleon Borders
    Tierra Celestine
    Derrick Washington
    Dralanjala Rachell Johnson
    Destynee Washington
    Patrick Brown
    Michael Ford, Jr.
    Antoinette Green
    Rashad Mi Derrick
    Sheba Muharib

NAME & ADDRESS of Surety

☑ No Arrest    Amir Khan

## PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |